FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

New Orleans Workers' Center for Racial Justice, et al.            )
_____                      )
                        *Plaintiff*                               )
                                                                  )
                           v.                                     )   Civil Action No.   15-431 (RBW)
U.S. Immigration and Customs Enforcement                          )
_____                      )
                        *Defendant*                               )

## SUMMONS IN A CIVIL ACTION

To:     *(Defendant's name and address)*
            United States Attorney for the District of Columbia
            555 4th Street NW
            Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Michael T. Kirkpatrick
    Institute for Public Representation
    Georgetown University Law Center
    600 New Jersey Avenue NW, Suite 312
    Washington, DC 20001

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: **March 25, 2015**

/s/ Sherryl Horn
_____
*Signature of Clerk or Deputy Clerk*

FOIA Summons (12/11) (Page 2)

Civil Action No. _____

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* UNITED STATES ATTORNEY FOR DC
was received by me on *(date)* 3/25/15 .

☒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* PRINCESS KYLE, DOCKET CLERK , who is
designated by law to accept service of process on behalf of *(name of organization)* UNITED STATES
ATTORNEY FOR WASHINGTON DC on *(date)* 3/25/15 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/25/15

*Server's signature*

NIKO PERAZICH   OFFICE MANAGER
*Printed name and title*

600 NEW JERSEY AVE NW WASHINGTON DC 20001
*Server's address*

Additional information regarding attempted service, etc: