UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW ORLEANS WORKERS' CENTER FOR RACIAL JUSTICE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action <br> ) No. 15-431 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**RECEIVED**
NOV 19 2015
Clerk, U.S. District and
Bankruptcy Courts

## PETITION FOR CERTIFICATION OF LAW SCHOOL CLINIC PROGRAM AND LAW SCHOOL CLINICAL SUPERVISOR UNDER L.CV.R. 83.4

Faculty of the Kathryn O. Greenberg Immigration Justice Clinic of Benjamin N. Cardozo School of Law, as counsel for Plaintiffs in the above captioned case, requests the Court grant certification under District of D.C. Local Civil Rules (LCvR.) 83.4(b)(2-3)& (c)(2-3)to the clinical program and Thomas P. Fritzsche. The clinic and Mr. Fritzsche meet all of the requirements of the local rules and should be granted certification.

In support of this petition, the Clinical faculty has attached documents that establish the Immigration Justice Clinic and Mr. Fritzsche are eligible to be certified under LCvR. 83.4.

The Kathryn O. Greenberg Immigration Justice Clinic is a highly rigorous and nationally respected clinical program. Since its founding in 2009, the clinic has made national headlines for its advocacy work in immigration reform. The clinic responds to the vital need today for quality legal representation for indigent immigrants facing deportation, while also providing students with invaluable hands-on lawyering experience. It represents immigrants facing deportation

before federal immigration authorities and in the U.S. Courts of Appeals for the Second Circuit and other Circuits, and represents immigrant community-based organizations such as the New Orleans Workers' Center for Racial Justice in litigation and advocacy projects.

Students participate in the clinic for two semesters in either their 2L or 3L year. Students receive seven credits in the fall semester and six credits in the spring semester. The clinic is comprised of a weekly three-hour academic seminar on immigration and other pertinent laws and a cumulative three hours of faculty supervision meetings, as well as any additional time needed for the students to complete the legal work required for their individual representation and advocacy projects. Student participants also attend doctrinal law school classes concurrently with the clinical program. The clinic program and its student participants operate in a timely manner with respect to normal court schedules. The clinic has fifteen or sixteen students each year. Because students do not carry the clinic as their entire academic program, but rather as approximately one-half of their academic program, clinical faculty may supervise more than ten students within the limits of Local Civil Rule 83.4(b)(3)(v).

The Immigration Justice Clinic receives funding from Yeshiva University, charitable foundations, and private donors. It does not receive compensation from clients, except when collecting attorney fees awarded by the Court or in legal settlements at the conclusion of litigation. The program maintains malpractice insurance for its activities.

The above-described characteristics of the Kathryn O. Greenberg Immigration Justice Clinic meet the requirements for clinical program certification under D.C. LCvR 83.4(b)(2). Additionally, the attached Dean's Certification for Clinical Supervisor Under LCvR 83.4 establishes that Mr. Fritzsche meets the requirement under LCvR 83.4(b)(3).Therefore Petitioner

requests that this Court certify the above law clinical program and Mr. Fritzsche for an indefinite period under LCvR 84.3(c).

Respectfully submitted,

   /s/ Peter L. Markowitz
Peter L. Markowitz (NY Bar #4092276)
Thomas P. Fritzsche (D.D.C. Bar No. NY0203)
BENJAMIN N. CARDOZO SCHOOL OF LAW IMMIGRATION JUSTICE CLINIC
55 5th Avenue, 11th Floor
New York, New York 10003
Tel: 212-790-0895
Email: peter.markowitz@yu.edu, thomas.fritzsche@yu.edu

*Counsel for Plaintiffs*