# Exhibit 4
## New Orleans CARI Team Canvassing "High Crime" Neighborhoods with Local Law Enforcement



**U.S. Immigration and Customs Enforcement**

# ENFORCEMENT OPERATION PLAN

**ICE Office:** <u>ERO New Orleans</u> **Case Number:** N/A

**Case Agent:** (b)(6),(b)(7)(C) **Contact Number (s)** 504-329(b)

**ICE Supervisor:** (b)(6),(b)(7)(C) **Contact Number(s)** 504-599 (b)(6),(b)(7)(C)

**Title 21 Investigation?** ___ Yes (IF YES DEA NOTIFICATION PAGES MUST BE COMPLETED)
     <u>X</u> No

[(b)(7)(E) redacted block]

**Violations/Charges:** <u>8 USC 1325, 8 USC 1326, 18 USC 911, 18 USC 1546</u>

**Date/Time of Operation:** <u>February 25th thru March 1st, 2013</u>

**Location of Operation:** <u>Jefferson Parish, LA</u>

    **Briefing Location:** <u>To be determined by JPSO/KPD</u>

    **Staging Location:** <u>To be determined by JPSO/KPD</u>

    **Target Location: Address:** <u>To be determined by JPSO/KPD</u>

**Type of Premises:** <u>N/A</u>

**Description of Premises:** <u>N/A</u>

**Conveyance Type:** <u>N/A</u>

[(k)(2),(b)(7)(E) redacted block]

**Name of AUSA Assigned:** <u>N/A</u>    **Office:** _____

**Telephone Number:** _____    **Pager Number:** _____

**Summary of Investigation:**
Detectives of the Jefferson Parish Sheriff's Office (JPSO)/ Kenner Police Department (KPD) have contacted agents of ICE/ERO Criminal Alien Removal Initiative unit (CARI) regarding weekly operations in which deputies canvass high crime neighborhoods. On these operations detectives often encounter suspected illegal aliens and have requested assistance in identifying subjects claiming foreign birth, and analyzing foreign documents of identity.

**Operational Objectives:**
On February 25th thru March 1st, 2013, CARI officers will assist JPSO/KPD with the review and identification of foreign IDs and travel documents, and provide assistance in identifying foreign nationals who are subject to ICE enforcement priorities. CARI officers will operate from covert locations with remote IDENT machines to facilitate identification of foreign nationals. Subsequent to JPSO/KPD encounter and on-site detention, CARI team members will assist in verifying suspect identities by using ICE databases. At no time will CARI team members initiate contact for an offense involving state, parish or city laws or ordinances.

**Suspect Information (attach additional info. if more than one suspect):**

**Name of Suspect: N/A**          **Date of Birth (DOB):** _____

**Address of Suspect: N/A**

**Physical Description: N/A**

**Vehicle(s): N/A**

**History of Violence or Weapons: Unknown**

**Prior Criminal History: Unknown**

**US Citizen** ____ **or Non-US Citizen X**

**Immigration Status and A-Number (if known) To be determined**

**Other Pertinent Info.** _____

**Photo Available** ___ **Yes** __X__ **No**

(b)(7)(E)

(b)(7)(E)

**Mobile Phone Numbers: DO** [(b)(6),(b)(7)(C)] **504-329**[(b)(6),(b)(7)(C)]

**Sector Phone Number:** 800-973-2867

**Local Police Notified?** _X_ Yes ___ No  **Name of P.D.:** Jefferson Parish Sheriff Offcie/Kenner Police Department

**P.D. Location:**
JPSO 725 Maple Ave. Harvey, LA/ KPD 500 Veterans Memorial Blvd, Kenner, LA

**Phone:** JPSO 504-364[(b)(6),(b)(7)(C)] KPD 504-468[(b)(6),(b)(7)(C)] or 911

**Air Support To Be Utilized:** ___Yes _X_ No  Type Of Aircraft: _____

**Air Support Instructions:** _____

**Nearest Hospital:** East Jefferson General Hospital, 4200 Houma Blvd, Metairie, LA

**PERSONNEL ASSIGNMENTS:**

**Assignment Codes:** (b)(7)(E)

| Name: | Call Sign: | Assignments: |
|---|---|---|
| (b)(6),(b)(7)(C) | | |

(b)(6),(b)(7)(C)

**Prisoner Processing Location:** New Orleans Field Office

**Evidence To Be Transported:** N/A

**Equipment Required:**

(b)(7)(E)

**Attire:**
Tactical (BDU pants/raid T-shirt)

**Hazards:**
Possible armed subjects

**Report Assignments:** Name: (b)(6),(b)(7)(C)   Assignment:
**Significant Event Notification**

All participating agents will assist with alien processing.

**Additional Information:**

**Approval(s): (if Required)**

(b)(6),(b)(7)(C)  **Acting Field Office Director**  _____
**Signature/Title    - Approved**                 **Signature/Title   - Denied**

cc: Case File
    DEA (if applicable)
    Title 21 Operation Plan Log (if applicable)

**Telephone Number:** _____  **Pager Number:** _____

**Summary of Investigation:**
Detectives of the Jefferson Parish Sheriff's Office (JPSO)/ St. Tammany Parish Sheriff's Office(STPSO) St. Bernard Sheriff's Office (SBSO) have contacted agents of ICE/ERO Criminal Alien Removal Initiative (CARI) regarding weekly operations in which deputies canvass high crime neighborhoods. On these operations detectives often encounter suspected illegal aliens and have requested assistance in identifying subjects claiming foreign birth, and analyzing foreign documents of identity.

**Operational Objectives:**
On June 3rd thru 6th, 2013, CARI officers will assist JPSO/STPSO/SBSO with the review and identification of foreign IDs and travel documents, and provide assistance in identifying foreign nationals who are subject to ICE enforcement priorities. CARI officers will operate from covert locations with remote IDENT machines to facilitate identification of foreign nationals. Subsequent to JPSO/STPSO/SBSO encounter and on-site detention, CARI team members will assist in verifying suspect identities by using ICE databases. At no time will CARI team members initiate contact for an offense involving state, parish or city laws or ordinances.

**Suspect Information (attach additional info. if more than one suspect):**

**Name of Suspect:** N/A          **Date of Birth (DOB):** _____

**Address of Suspect:** N/A

**Physical Description:** N/A

**Vehicle(s):** N/A

**History of Violence or Weapons:** Unknown

**Prior Criminal History:** Unknown

**US Citizen** ____ **or Non-US Citizen** X

**Immigration Status and A-Number (if known)** To be determined

**Other Pertinent Info.** _____

**Photo Available** ___ Yes  _X_ No

(b)(7)(E)

(b)(7)(E)

**Mobile Phone Numbers: DO** [(b)(6),(b)(7)(C)] **504-329-**[(b)(6),(b)(7)(C)]

**Sector Phone Number:** 800-973-2867

**Local Police Notified?** _X_ Yes ___ No  **Name of P.D.:** Jefferson Parish Sheriff Office/St. Tammany Parish Sheriff's Office/St. Bernard Parish Sheriff Office

**P.D. Location:** JPSO 725 Maple Ave. Harvey, LA/ STPSO 701 N. Columbia St., Covington, LA/ SBSO #2 Courthouse Square, Chalmette, LA

**Phone:** JPSO 504-364-[(b)(7)(E)] STPSO 985-809-[(b)(7)(E)] SBSO 504-271-[(b)(6),(b)(7)(C)] 911

**Air Support To Be Utilized:** ___Yes _X_ No  **Type Of Aircraft:** _____

**Air Support Instructions:** _____

**Nearest Hospital:** East Jefferson General Hospital, 4200 Houma Blvd, Metairie, LA

**PERSONNEL ASSIGNMENTS:**

**Assignment Codes:** (b)(7)(E)

**Name:**          **Call Sign:**          **Assignments:**

(b)(6),(b)(7)(C)

(b)(6),(b)(7)(C)

**Prisoner Processing Location:** <u>New Orleans Field Office</u>

**Evidence To Be Transported:** <u>N/A</u>

**Equipment Required:**

(b)(7)(E)

**Attire:**
Tactical (BDU pants/raid T-shirt)

**Hazards:**
Possible armed subjects

**Report Assignments:** Name (b)(6),(b)(7)(C)  **Assignment: Significant Event Notification**

All participating agents will assist with alien processing.

**Additional Information:**

**Approval(s): (if Required)**

(b)(6),(b)(7)(C)

Signature/Title                                Signature/Title

cc: Case File

4

ICE 2015-ICEO-00366.000041
ICE Form 7/22/04