UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NEW ORLEANS WORKERS' CENTER FOR RACIAL JUSTICE, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　　　　Defendant. | Civil A. No. 15-0431 (RBW) |

### STIPULATION AND PROPOSED ORDER MODIFYING FOIA REQUEST

Pursuant to the Joint Status Report filed on May 31, 2019, (ECF No. 42), the parties submit this Joint Stipulation and Proposed Order Modifying FOIA Request.

WHEREAS, Plaintiffs and Defendant (collectively, the "Parties") wish to resolve certain aspects of this matter without further litigation;

NOW, THEREFORE, it is hereby STIPULATED and AGREED between the Parties as follows:

1. The scope of Defendant's remaining search obligation in this action (including as determined by the Court's March 4, 2019, opinion) is governed solely by the searches set forth in the Joint Proposal for New Searches (the "Joint Proposal"), attached hereto as Exhibit 1, and not by the original Request.

2. Defendant will complete the searches set forth in the Joint Proposal by June 28, 2019.

3. Defendant will process those records located in the searches described in the Joint Proposal by reviewing each record for responsiveness to the Request as modified by the Joint Proposal and this Stipulation and redacting or withholding information subject to applicable FOIA exemptions.

4. Starting on July 12, 2019, and on the 12th of each month thereafter (or, if that date is a weekend or federal holiday, the next business day), Defendant will review five hundred pages of potentially responsive records (unless fewer than five hundred pages remain, in which case the balance will be produced), and produce any responsive records to Plaintiffs subject to redactions for any applicable FOIA exemptions.

5. Plaintiffs waive any rights to challenge through litigation, and are barred from litigating, the adequacy of any search conducted by Defendant in this action.

6. Plaintiffs waive any rights to challenge, and are barred from challenging, any exemptions asserted by Defendant in or with respect to documents produced to Plaintiffs prior to March 4, 2019.

7. Subject to the procedures given in paragraph 8 below, Plaintiffs retain their rights to challenge any exemptions asserted by Defendant in or with respect to documents processed pursuant to paragraphs 3 and 4 above (together, the "New Production").

8. Defendant need not produce a *Vaughn* index in connection with the New Production except as described in this paragraph. Defendant will not initially provide a *Vaughn* index to the New Production. If Plaintiffs wish to challenge any exemptions in the New Production, they will first present informally to Defendant a list of disputed exemptions and their basis for disputing each. Defendant will then provide a draft, preliminary *Vaughn* index for those particular exemptions pursuant to Federal Rule of Evidence 408 solely for the purpose of attempting to

resolve the dispute without litigation. In the event the parties are not able to resolve the dispute without litigation, Defendant will file an initial summary judgment motion as to the applicability of disputed exemptions and will include a final *Vaughn* index among the filings supporting the motion. Such final *Vaughn* index may include additional exemptions and record descriptions that were not contained in the draft, preliminary *Vaughn* index, and the omission of such information or exemptions from the draft *Vaughn* index shall not be construed as a waiver of any of the Defendant's arguments or defenses in this case. Plaintiffs may not, in connection with any litigation under this paragraph, rely on or cite to any draft *Vaughn* index described in this paragraph unless the Parties mutually agree otherwise.

9. Plaintiffs' claim for attorneys' fees incurred in this action from its commencement to and including the date of this Stipulation is preserved. Plaintiffs waive any claim or entitlement to attorneys' fees incurred in this action from the date of this Stipulation onward to any time in the future, except that Plaintiffs do not waive any claim to attorneys' fees they may incur in litigating their entitlement to fees described in the first sentence of this paragraph or to attorneys' fees they may incur in briefing any challenged exemptions, as set forth in paragraph 8. Nothing in this paragraph modifies the substantive legal standard otherwise applicable under law governing Plaintiffs' claim for attorneys' fees.

10. In accordance with the Court's Order, the parties intend to submit a further joint status report on or before July 1, 2019.

Date: June 14, 2019                                    Respectfully submitted,

                                                /s/_____
                                               Michael T. Kirkpatrick, D.C. Bar #486293
                                               PUBLIC CITIZEN LITIGATION GROUP
                                               1600 20th St., N.W.
                                               Washington, D.C. 20009
                                               Tel: (202) 588-7728
                                               Email: mkirkpatrick@citizen.org

                                               /s/_____
                                               Mary Yanik*
                                               New Orleans Workers' Center for Racial Justice
                                               217 N Prieur St
                                               New Orleans, LA 70112
                                               Tel: (504) 264-4219
                                               Email: myanik@nowcrj.org
                                               *pro hac vice motion forthcoming

                                               *Attorneys for Plaintiffs*


                                               JESSIE K. LIU
                                               United States Attorney
                                               D.C. Bar #472845

                                               DANIEL F. VAN HORN
                                               Chief, Civil Division
                                               D.C. Bar #924092

                                               /s/_____
                                               JASON T. COHEN
                                               Assistant United States Attorney
                                               ME Bar #004465
                                               555 Fourth St., N.W.
                                               Washington, D.C.  20530
                                               Phone: (202) 252-2523
                                               Email: Jason.Cohen@usdoj.gov

                                               *Attorneys for Defendant*


**So Ordered.**


_____        _____
Date                                              JUDGE REGGIE B. WALTON