# EXHIBIT 1

**New Orleans ERO:**

1. ICE will search for and produce:

An Excel Spreadsheet of arrests between January 1, 2017, and the date the search is conducted.

EARM I-213 narrative screenshots for a random sample of 100 arrests from the Excel Spreadsheet, to be provided by Plaintiff to Defendant by June 21, 2019.

Any document that reports arrests in the New Orleans Field Office area to ERO HQ from January 1, 2017, and the date the search is conducted.

Training manuals, training presentations, or other records regarding officer use of any mobile fingerprinting devices, including records that show the databases that fingerprinting data is run against and including records that show the procedure for identity verification, that were issued or used from January 1, 2017, to the date the search is conducted.

Any reports, summaries, evaluations, or logs regarding the Criminal Alien Removal Initiative that were issued or used from November 13, 2013, up to the date of search.

Any MOUs or any other agreement with local law enforcement offices listed below, including but not limited to enforcement operation plans, dated from January 1, 2017, up to the date the search is conducted.

- Jefferson Parish / JPSO / Jefferson Parish Sheriff's Office
- Orleans Parish Sheriff's Office / OPSO
- Kenner Police Department / KPD
- New Orleans Police Department / NOPD
- Plaquemines
- St. Bernard Parish Sheriff Office
- St. Tammany Parish Sheriff's Office
- Orleans Parish District Attorney's Office
- Terrebonne Parish Sheriff's Office / TPSO
- Houma Police
- Ouachita Parish Sheriff's Office

2. ICE will conduct a manual and electronic search of records, including correspondence, for any and all records mentioning any of the local law enforcement offices listed below. This includes but is not limited to MOUs, 287(g) agreements, and enforcement operations plans. The search will cover any records created or exchanged from January 1, 2015, up to the date of the search.

1

- "Jefferson Parish" / "JPSO" / "Jefferson Parish Sheriff's Office"
- "Orleans Parish Sheriff's Office" / "OPSO"
- "Kenner" / "KPD"
- "New Orleans Police Department" / "NOPD"
- "Plaquemines Parish"
- "St. Bernard Parish" / "SBPSO"
- "St. Tammany Parish" / "STPSO"
- "Orleans Parish District Attorney's Office" / "Orleans" + "DA"
- "Terrebonne Parish" / "TPSO "
- "Houma"
- "Ouachita Parish"

3. ICE will conduct a manual and electronic search of records, including correspondence, for any and all records mentioning the following search terms: "Congress of Day Laborers," "Congreso," "Congresso," "NOWCRJ," "Worker Center." The search will cover any records created or exchanged from November 13, 2013, up to the date of the search.

4. ICE will conduct a manual and electronic search of records for any and all records of correspondence between the agency and Vigilant Solutions, Palantir, and/or American Traffic Solutions.

Custodians for 1-4 = SDDOs, AFODs, DFODs.

**New Orleans HSI:**

5. HSI will search for and produce the following records:

A list of businesses that have had I-9 audits from January 1, 2017, to the date the search is conducted. Cases that are currently open are not required to be listed.

All records of the closed operations, including I-9 audit and any related operations, including any I-213s issued, for the following locations:

- Algiers Mini Mart
- Courtyard Inn
- China Star
- Metairie

6. HSI will conduct a manual and electronic search of records, including correspondence, for any and all records mentioning the following search terms:

2

> "Congress of Day Laborers," "Congreso," "Congresso," "NOWCRJ," "Worker Center." The search will cover any records created or exchanged from November 13, 2013 up to the date of the search.

Custodians for 5-6 = ASACs and DSACs.

**HQ offices**

7. ERO HQ will search for records from November 13, 2013, up to the date of search:
   - Any and all records on the accuracy of the fingerprint matching system used, including the testing methodology, the findings, the entity that conducted the study, the sample size.
   - Training manuals, training presentations, or other records regarding officer use of any mobile fingerprinting devices
     - Including records that show the databases that fingerprinting data is run against
     - Including records that show the procedure for identity verification
   - Any and all records regarding EDDIE (Eagle Direct Identification Environment), including any training records, user manuals, marketing material, assessments/evaluations/reports of its accuracy, and information regarding the databases searched through EDDIE.
   - Any and all records of correspondence between the agency and American Traffic Solutions.
   - Any reports, summaries, evaluations, or logs regarding the Criminal Alien Removal Initiative.

8. ICE will conduct a manual and electronic search of records, including correspondence, for any and all records mentioning the following search terms in the Office of Congressional Relations and Office of Public Affairs: "Congress of Day Laborers," "Congreso," "Congresso," "NOWCRJ," "Worker Center." The search will cover any records created or exchanged from November 13, 2013, up to the date of the search.

3