UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NEW ORLEANS WORKERS' CENTER FOR RACIAL JUSTICE, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | C.A. No. 15-0431 (RBW) |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## JOINT STATUS REPORT

Plaintiffs and Defendant hereby submit this Joint Status Report and respectfully request that the Court cancel the telephonic status conference scheduled for June 1, 2020.

The parties have resolved all merits issues regarding Defendant's response to Plaintiffs' FOIA request. The only remaining issue in this case is attorney's fees and costs. The parties hope to resolve this issue without further litigation, and Plaintiffs have presented Defendant with their time records and initial request for fees and costs.

Accordingly, the parties request that the Court cancel the status conference scheduled for June 1, 2020, and instead set a date of August 1, 2020, for the parties to file a joint status report regarding their efforts to resolve Plaintiffs' attorney's fees and costs, if a stipulation of dismissal has not been filed by that date. If a settlement has not been reached by that date, the parties anticipate proposing a briefing schedule for a motion for attorney's fees and costs.

Date: May 27, 2020                                    Respectfully submitted,

  /s/ Michael Kirkpatrick
Michael T. Kirkpatrick, D.C. Bar #486293
PUBLIC CITIZEN LITIGATION GROUP
1600 20th St., NW
Washington, DC 20009
Tel: 202-588-7728
Email: mkirkpatrick@citizen.org

*Attorney for Plaintiffs*


MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:      /s/ Sean M. Tepe
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Email: sean.tepe@usdoj.gov

*Attorneys for Defendant*