UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW ORLEANS WORKERS' CENTER FOR RACIAL JUSTICE, *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>    Defendant. | C.A. No. 15-0431 (RBW) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of May 29, 2020, Plaintiffs and Defendant submit this Joint Status Report regarding their efforts to resolve the remaining issue of Plaintiffs' attorney's fees and costs in this Freedom of Information Act (FOIA) case.

On May 13, 2020, Plaintiffs sent Defendant their time records and a settlement offer. Defendant has reviewed time and expense records supplied by Plaintiffs, considered the settlement offer, and secured the necessary authority to discuss settlement. Accordingly, Defendant intends to communicate its position to Plaintiffs during the coming week. The parties remain hopeful that they can resolve fees and costs without further litigation.

Therefore, the parties request that the Court set a date of September 1, 2020, for the parties to file a joint status report regarding their efforts to resolve Plaintiffs' attorney's fees and costs, if a stipulation of dismissal has not been filed by that date. If a settlement has not been reached by that date, the parties anticipate proposing a briefing schedule for a motion for attorney's fees and costs.

Date: July 30, 2020

Respectfully submitted,

/s/ Michael T. Kirkpatrick
Michael T. Kirkpatrick (D.C. Bar No. 486293)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
202-588-7728
mkirkpatrick@citizen.org

*Attorney for Plaintiffs*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:    /s/ Sean M. Tepe
SEAN M. TEPE, DC Bar #1001323
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Email: sean.tepe@usdoj.gov

*Attorneys for Defendant*