## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NEW ORLEANS WORKERS' CENTER FOR RACIAL JUSTICE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     C.A. No. 15-0431 (RBW) |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiffs, New Orleans Workers' Center for Racial Justice et al., and Defendant, U.S. Immigration and Customs Enforcement, have now resolved this case, including an agreement with regard to the payment of attorneys' fees and costs. The parties agree and stipulate as follows:

1.  This Stipulation and Order shall constitute dismissal with prejudice of Plaintiffs' claims for relief. The dismissal of this action shall be effective upon the Court's signing and entry of this Stipulation and Order on the docket as an order of the Court.

2.  After dismissal of this action, Defendant shall pay to Plaintiff a lump sum of $106,400 in attorneys' fees and costs in this matter pursuant to the terms and conditions of the parties' settlement agreement. Plaintiff agrees that payment of this sum shall constitute full and final settlement of all claims by Plaintiff for fees, costs, and expenses against Defendant in this action.

3.  The Court retains jurisdiction to enforce the provisions of this Stipulation and Order.

Dated: September 1, 2020                    Respectfully submitted,

FOR PLAINTIFF:                              FOR DEFENDANT:

/s/ Michael Kirkpatrick
Michael T. Kirkpatrick (D.C. Bar #486293)   MICHAEL R. SHERWIN
PUBLIC CITIZEN LITIGATION GROUP             Acting United States Attorney
1600 20th Street NW
Washington, DC 20009                        DANIEL F. VAN HORN
202-588-7728                                D.C. Bar #924092
mkirkpatrick@citizen.org                    Chief, Civil Division

                                        By: /s/ Sean Tepe
                                            SEAN M. Tepe, D.C. Bar #1001323
                                            Assistant United States Attorney
                                            555 4th Street, N.W.
                                            Washington, DC 20530
                                            Tel: (202) 252-2533
                                            Email: sean.tepe@usdoj.gov


SO ORDERED, this ___ day of _____, 2020.

                                        _____
                                        UNITED STATES DISTRICT JUDGE